ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

KARLEE WILCOX (24)

No. 4:15-CR-151-O

## WAIVER OF INDICTMENT

I, Karlee Wilcox, the above named defendant, who is accused of Conspiracy to Possess a Controlled Substance with intent to Distribute, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841 (a)(1) and (b) (1) (C)), and being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

KARLEE WILCOX
Defendant

ERIN HENDRICKS
Attorney for Defendant