# UNITED STATES DISTRICT COURT
## PROBATION AND PRETRIAL SERVICES
### NORTHERN DISTRICT OF TEXAS



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:15-CR-00151-O(24) |
| | ) | |
| KARLEE WILCOX | ) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 4 2015

CLERK, U.S. DISTRICT COURT
By_____ Deputy

## Report of Violation of Conditions of Pretrial Release

COMES NOW Robert Honstein, U.S. Probation Officer, presenting a report to the court upon the conduct of defendant, Karlee Wilcox, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Judge Jeffrey L. Cureton sitting in the court at Fort Worth, Texas, on June 19, 2015, under the following conditions:

(7m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On August 20, 2015, the defendant reported to the Helping Open People's Eyes clinic in Fort Worth, Texas and submitted a urine sample that tested positive for amphetamine.

On August 26, 2015, the defendant reported to the U.S. Probation Office in Fort Worth, Texas, and she was confronted about illicit drug use. The defendant reported she took an expired phentermine pill on or about August 18, 2015 and admitted to also using methamphetamine on or about August 7, 2015. The defendant was advised a violation report would be forthcoming and her positive urinalysis would be forwarded to the Alere national toxicology lab for further confirmation. On August 26, 2015, the defendant provided another urine sample for drug testing at the Fort Worth probation office that tested positive for amphetamine.

On September 1, 2015, a confirmation report was received from the Alere national toxicology lab indicating that the defendant's urine sample submitted on August 20, 2015 was 95% positive for D-methamphetamine (street meth).

On September 2, 2015, the defendant reported to the U.S. Probation Office in Fort Worth, Texas, and she was confronted about illicit drug use. The defendant reported she found a bag of methamphetamine at her father's residence and she smoked methamphetamine on multiple occasions during the past month. The defendant signed an Admission of Drug Use form admitting she used methamphetamine on August 18th, 21st, 22nd, 23rd, and 29th, 2015. The defendant expressed remorse for her noncompliance and agreed to participate in intensive outpatient or inpatient substance abuse treatment. The defendant was referred to Phoenix Associates Counseling Services for intensive outpatient substance abuse treatment and advised a violation report would be forthcoming.

The undersigned suggest to the court that a summons be issued and the defendant appear before a judge of this court to determine whether the defendant's conditions of pretrial release should be revoked.

Report of Violations of Conditions
Karlee Wilcox

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on September 2, 2015                    Approved,

s/Robert Honstein                                s/Cecilio Bustamante
  U.S. Probation Officer                           Supervising U.S. Probation Officer
  Ft Worth                                         214-753-2506
  817-900-1876
  Fax:  817-978-3726

Report of Violations of Conditions
Karlee Wilcox

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Karlee Wilcox, of his/her conditions of pretrial release, the court ORDERS that:

☐   No action be taken.

☐   The Order Setting Conditions of Release is modified to include the following:

☑   A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

☐   A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☐   The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☑   File under seal until further order of the Court.

Jeffrey L. Cureton
U.S. Magistrate Judge

9/4/15
Date